LINK:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | CV 14-06065 BRO (ASx) | Date | June 9, 2015 |
|---|---|---|---|
| Title | EDWARD MAHONEY V. THE CITY OF OXNARD ET AL. | | |

Present: The Honorable **BEVERLY REID O'CONNELL, United States District Judge**

| Renee A. Fisher | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**      (IN CHAMBERS)

## ORDER TO SHOW CAUSE RE: FAILURE TO OPPOSE

Pending before the Court are Defendants' motions for summary judgment. (Dkt. Nos. 32, 35.) When Defendants filed their motions, they set the hearing date for June 29, 2015. (*See* Dkt. Nos. 32, 35) Under the Court's Local Rule 7-9, a party must oppose a motion at least 21 days prior to the scheduled hearing date. C.D. Cal. L.R. 7-9. Accordingly, Plaintiff's opposition(s) to each of these motions was due no later than June 8, 2015. Yet as of today, Plaintiff has filed no opposition. Pursuant to the Court's Local Rule 7-12, failure to file an opposition "may be deemed consent to the granting . . . of the motion." C.D. Cal. L.R. 7-12.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why Defendants' motions should not be granted. Plaintiff's response to this order to show cause must be filed **no later than Friday, June 12, 2015, at 4:00 p.m.** An appropriate response to this order will include reasons demonstrating good cause for Plaintiff's failure to file an opposition to Defendants' motions.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | rf |