James N. Procter II – State Bar No. 96589
Jeffrey Held – State Bar No. 106991
WISOTSKY, PROCTER & SHYER
300 Esplanade Drive, Suite 1500
Oxnard, California 93036
Phone:  (805) 278-0920
Facsimile: (805) 278-0289
Email:  jheld@wps-law.net

Attorneys for Defendants,
　　CITY OF OXNARD, OXNARD POLICE
　　DEPARTMENT, JOE BENTLEY, DAVID
　　MCALPINE and MANUEL PEREZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD MAHONEY, father an individual Successor in Interest to decedent, Michael Mahoney;<br><br>　　　　　　　　Plaintiff,<br>vs.<br>THE CITY OF OXNARD; OXNARD POLICE DEPARTMENT; OXNARD POLICE DEPARTMENT OFFICERS JOE BENTLEY, DAVID MCALPINE, AND MANUEL PEREZ; VENTURA COUNTY MEDICAL CENTER HILLOMNT PSYCHIATRIC CENTER; and DOES 1-10, Inclusive,<br><br>　　　　　　　　Defendants. | CASE NO. CV14-6065-BRO-ASx<br><br>**STIPULATION FOR PREJUDICIAL DISMISSAL OF ENTIRE ACTION**<br><br>[Proposed Order Filed Concurrently] |

　　　　IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES TO THIS ACTION, AS EVIDENCED BY THE SIGNATURES OF THEIR COUNSEL OF RECORD, AS FOLLOWS:

　　　　1.　　Plaintiff agrees to the prejudicial dismissal of this action, including all federal and state law claims, forthwith, in this or any other federal or state court,

1

without payment of money or equitable relief, in exchange for the promise of defendants and their principal to fully waive all past, present and future ordinary and expert costs, attorneys' fees and malicious prosecution actions in any court.

2. If the Court has issued a ruling on the pending summary judgment motions by the time this stipulation is filed and the implementing order lodged, the spirit of the stipulation shall remain in force between the parties.

3. In exchange for defendants' permanent waiver of all past, present and future ordinary and expert costs, attorneys' fees and malicious prosecution actions in this or any federal or state court, plaintiff agrees to a permanent and prejudicial dismissal of all past, present and future: general (non-economic) damages; special (economic) damages; punitive (exemplary) damages; attorneys' fees, whether of record or not; ordinary and expert costs and fees; and equitable (injunctive and declaratory) relief, arising from any fact or theory which could be or is pled in the complaint in this action.

4. The plaintiff prejudicially dismisses all named and fictitious defendants in all capacities, personal, individual and official.

5. The parties further agree that good cause exists for the Court to sign the concurrently lodged implementing order.

6. Due to this full resolution of the parties' dispute, all pending and future litigation events and deadlines are forthwith permanently vacated, including trial.

IT IS SO STIPULATED:

DATED: June 11, 2015          Law Offices of James P. Segall-Gutierrez

By: /S/
_____
James P. Segall-Gutierrez
Attorneys for Plaintiff

/ / /

/ / /

WISOTSKY, PROCTER & SHYER
ATTORNEYS AT LAW
300 ESPLANADE DRIVE, SUITE 1500
OXNARD, CALIFORNIA 93036
TELEPHONE (805) 278-0920

1 | DATED: June 11, 2015    WISOTSKY, PROCTER & SHYER

By: /S/ _____
James N. Procter II
Jeffrey Held
Attorneys for Defendants,
CITY OF OXNARD, OXNARD POLICE DEPARTMENT, JOE BENTLEY, DAVID MCALPINE and MANUEL PEREZ

WISOTSKY, PROCTER & SHYER
ATTORNEYS AT LAW
300 ESPLANADE DRIVE, SUITE 1500
OXNARD, CALIFORNIA 93036
TELEPHONE (805) 278-0920