WISOTSKY, PROCTER & SHYER
ATTORNEYS AT LAW
300 ESPLANADE DRIVE, SUITE 1500
OXNARD, CALIFORNIA 93036
TELEPHONE (805) 278-0920

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD MAHONEY, father an individual Successor in Interest to decedent, Michael Mahoney;<br><br>              Plaintiff,<br>vs.<br><br>THE CITY OF OXNARD; OXNARD POLICE DEPARTMENT; OXNARD POLICE DEPARTMENT OFFICERS JOE BENTLEY, DAVID MCALPINE, AND MANUEL PEREZ; VENTURA COUNTY MEDICAL CENTER HILLOMNT PSYCHIATRIC CENTER; and DOES 1-10, Inclusive,<br><br>              Defendants. | CASE NO. CV14-6065-BRO-ASx<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

1.   Good cause exists pursuant to the concurrently filed Stipulation for Prejudicial Dismissal of the Entire Action for the Court, Honorable Beverly Reid O'Connell, United States District Judge, to enter this order.

2.   This action is hereby forthwith dismissed with prejudice as to all federal and state law (supplemental) claims in this or any federal or state court, without

payment of money or equitable relief, in exchange for the promise of defendants and their principal to fully waive all past, present and future ordinary and expert costs, attorneys' fees and actions in the nature of malicious prosecution in any federal or state court.

3.  More specifically, in exchange for defendants' permanent waiver of all past, present and future ordinary and expert costs, attorneys' fees and actions in the nature of malicious prosecution in this or any federal or state court, plaintiff agrees to a permanent and prejudicial dismissal of all past, present and future: general (non-economic) damages; special (economic) damages; punitive (exemplary) damages; attorneys' fees, whether of record or not; ordinary and expert costs and fees; and equitable (injunctive and declaratory) relief, arising from any fact or theory which could be or is pled in the complaint in this action.

4.  All named and fictitious defendants are dismissed with prejudice in all capacities, personal, individual and official.

5.  In consequence of this resolution, all pending and future litigation events and deadlines are permanently and forthwith permanently vacated, including trial.

**IT IS SO ORDERED.**

Dated:  June 17, 2015

By: _____
HON. BEVERLY REID O'CONNELL
United States District Court Judge